THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS ROSENFIELD, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ESTAMAX HOLDING CORPORATION, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934, 1935 and 1936.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

LEVEL TRADING CORPORATION, Appellant, v. JOHN BLACHNIK, Respondent, Impleaded with Others, Defendants.— Determination unanimously affirmed, with costs and disbursements, on the ground that although the defendant-respondent was not entitled to notice of resale there were triable issues. Martin, P. J., O'Malley, Glennon and Callahan, JJ., concur; Dore, J., concurs in result.

WM. GOODACRE & SONS, LTD., a Foreign Corporation Doing Business in the State of New York, Respondent, v. SOCIETE COMMERCIALE ASIATIQUE FRANCE, Appellant, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, the motion to set aside service of summons granted, and the cross-motion to amend the name of the defendant denied. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Plaintiff, v. SALLY HARTSTEIN, Appellant, BENJAMIN A. HARTSTEIN, Respondent, and Others, Defendants.— Order entered January 13, 1939, unanimously reversed, and order entered November 22, 1938, unanimously modified by granting the motion to the extent of directing an examination before trial of respondent as to all items of examination set forth in the notice of motion, and requiring him to produce upon such examination relevant books and records pursuant to section 296 of the Civil Practice Act (Lambert v. Dwyer, 245 App. Div. 553), and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Plaintiff, v. SALLY HARTSTEIN, Appellant, BENJAMIN A. HARTSTEIN, Respondent, and Others, Defendants.— Orders unanimously reversed, with twenty dollars costs and disbursements to the appellant, and motion for examination granted. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of A. EDWARD UNGAR, Appellant, for an Order of Peremptory Mandamus against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between SAMUEL KAPLAN, LAZARE KAPLAN and S. KAPLAN DIAMOND COMPANY, INC. SAMUEL KAPLAN, Appellant; LAZARE KAPLAN and S. KAPLAN DIAMOND COMPANY, INC., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.